AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| In re Terrorist Attacks on September 11, 2001 | ) | File Date: August 25, 2026 |
| *Plaintiff* | ) | Case Number: 26-mc-3427 |
| v. | ) | Civil Action No. 03-md-1570; 19-cv-11865(GBD)(SN) |
| | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 04/26/2024 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/24/2026

*CLERK OF COURT*

V Mango

*Signature of ~~Clerk or~~ Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

**03 MDL 1570 (GBD) (SN)**

**PARTIAL JUDGMENT**

--------------------------------------------------------X

This document relates to:

Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated January 22, 2024, Plaintiff's motion for partial final default judgment as to solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Rachel Uchitel be awarded $12,500,000.00 in solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of judgment in the amount of $24,883,986.20; and it is ORDERED that, to the extent they have not already done so, all Bernaerts. Plaintiffs are permitted to seek punitive or other damages at a later date, consistent with future Court orders.

**Dated:** New York, New York
April 26, 2024

**RUBY J. KRAJICK**

**Clerk of Court**

BY: [signature]
**Deputy Clerk**

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK

BY [signature]
Deputy Clerk

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| In re Terrorist Attacks on September 11, 2001<br>*Plaintiff*<br>v.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 03-md-1570; 19-cv-11865(GBD)(SN) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 04/26/2024 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/24/2026

*CLERK OF COURT*

[signature]

*Signature of ~~Clerk or~~ Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

---------------------------------------------------------------X

**03 MDL 1570 (GBD) (SN)**

**PARTIAL JUDGMENT**

This document relates to:

Bernaerts, et al. v. Islamic Republic of Iran, No. 19-cv-11865 (GBD) (SN)

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated January 22, 2024, Plaintiff's motion for partial final default judgment as to solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Rachel Uchitel be awarded $12,500,000.00 in solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of judgment in the amount of $24,883,986.20; and it is ORDERED that, to the extent they have not already done so, all Bernaerts. Plaintiffs are permitted to seek punitive or other damages at a later date, consistent with future Court orders.

**Dated:** New York, New York
April 26, 2024

**RUBY J. KRAJICK**

**Clerk of Court**

BY: [signature]
**Deputy Clerk**

A CERTIFIED COPY
TAMMI M. HELLWIG, CLERK

BY [signature]
Deputy Clerk